UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARLIN GIOVANNI PICKENS,<br><br>                Plaintiff,<br>v.<br><br>CITY OF TACOMA, et al,<br><br>                Defendants. | Case No. 3:23-cv-05651-BHS<br><br>REPORT AND RECOMMENDATION<br><br>Noted for: September 15, 2023 |

On July 20, 2023, plaintiff, proceeding *pro se*, filed a motion for leave to proceed *in forma pauperis* (IFP) with respect to his proposed civil rights complaint. Dkt. 1. On August 10, 2023, the Court ordered plaintiff to show cause why the complaint should not be dismissed for failure to state a claim. Dkt. 4.

Given the identified deficiencies in the proposed complaint, the Court did not grant plaintiff's IFP application. Plaintiff was given until August 25, 2023 to show cause why his complaint should not be dismissed or file an amended complaint. Plaintiff has not responded to the Court's order to show cause. Accordingly, the undersigned recommends that the court DENY plaintiff's IFP application and dismiss his action without prejudice for failure to prosecute. A proposed Order accompanies this Report and Recommendation.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also*

REPORT AND RECOMMENDATION - 1

Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on September 15, 2023, as noted in the caption.

Dated this 29th day of August, 2023.

Theresa L. Fricke
United States Magistrate Judge

NOTED FOR: SEPTEMBER 15, 2023 - 2